UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE JONES,

      Plaintiff

v.

DAVID McCORMICK, *et al.*,

      Defendants.
_____/

Case No. 2:15-11694
District Judge Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

## ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION (DE 25)

The scheduling order in this action currently has a discovery cut-off of April 18, 2016 and a dispositive motion deadline of June 20, 2016. (DE 17.) Defendants have requested an extension of these deadlines because a motion to dismiss is pending before the court. (DE 25.) They assert that an extension is necessary to avoid incurring potentially unnecessary expenses conducting discovery that may be rendered moot by the court's decision on the pending motion to dismiss. Specifically, Defendants seek an additional sixty days following the decision on the motion to dismiss. For good cause shown, Defendants' motion is **GRANTED**. However, in the interest of providing certain deadlines, the court declines to adopt Defendants' suggestion of moving the deadlines to sixty days after the disposition of the motion to dismiss. Instead, the following deadlines will apply:

- Discovery may proceed and must be completed on or before **JULY 18, 2016**.

- Defendants must file any motion raising the defense of qualified immunity on or before **JUNE 20, 2016**.

- The parties shall file motions for summary judgment, if any, on or before **SEPTEMBER 19, 2016**.

    **IT IS SO ORDERED.**

Dated: February 17, 2016        s/Anthony P. Patti
                                        Anthony P. Patti
                                        UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 17, 2016, electronically and/or by U.S. Mail.

                                        s/Michael Williams
                                        Case Manager for the
                                        Honorable Anthony P. Patti